**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

**v.**

**THOMAS IAN MOIR**

  *    **IN THE**

  *    **COURT OF APPEALS**

  *    **OF MARYLAND**

  *    **Misc. Docket AG No. 52,**

  *    **September Term, 2019**

# O R D E R

Upon Consideration of the Petition for Disciplinary or Remedial Action, Show Cause Order, and Affidavit of Service filed by the Petitioner pursuant to Maryland Rule 19-721(a)(2) and 19-738, and there being no response filed by the Respondent, Thomas Ian Moir, to the Court's Order to Show Cause, it is this <u>28th</u> day of <u>February</u>, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Thomas Ian Moir, be and he hereby is, temporarily suspended from the practice of law in the State of Maryland pursuant to Maryland Rule 19-738(d) until further order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Thomas Ian Moir from the register of attorneys in the Court and certify that fact the Client Protection Fund of the Bar of Maryland an all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).



Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

Suzanne C. Johnson, Clerk

        /s/ Mary Ellen Barbera
         Chief Judge